# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 505 |
| | : | |
| AMENDMENT OF SECTION 4 OF THE | : | JUDICIAL ADMINISTRATION |
| INTERNAL OPERATING PROCEDURES | : | |
| OF THE SUPREME COURT | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of October, 2018, it is Ordered that Section 4 of the Internal Operating Procedures of the Supreme Court is amended as set forth in the attached form.  The amendments shall be effective immediately.

Additions are shown in bold and are underlined.
Deletions are shown in bold and are bracketed.